1

2

3

4          <mark>E-FILED on 6/2/14</mark>

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| JAMES E. WILLIAMS, | ) | No. C 13-4820 RMW (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | PROVIDE COURT WITH MORE |
| v. | ) | INFORMATION FOR DEFENDANT |
| | ) | R. MACK |
| R. MACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

13

14

15

16

17

18       Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

19  U.S.C. § 1983.  The court ordered service of plaintiff's civil rights complaint upon defendants.

20  (Docket No. 6.)  On February 19, 2014, a notice of lawsuit and request for waiver of service of

21  summons was mailed to the defendant at Salinas Valley State Prison.  On March 3, 2014, the

22  documents were returned with a notation that the defendant was no longer at the institution.

23  (Docket No. 9.)  Accordingly, defendant R. Mack has not been served.

24       Although a plaintiff who is incarcerated and proceeding in forma pauperis may rely on

25  service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such

26  service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate

27  defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v.

28  Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, plaintiff's complaint has been pending for

Order Directing Plaintiff to Provide Court with more Information for Defendant R. Mack
P:\PRO-SE\RMW\CR.13\Williams820moreinfo.wpd

1   over 120 days, and thus, absent a showing of "good cause," is subject to dismissal without

2   prejudice.  See Fed. R. Civ. P. 4(m).

3          Because plaintiff has not provided sufficient information to allow the Marshal to locate

4   and serve defendant R. Mack, plaintiff must remedy the situation or face dismissal of his claims

5   against this defendant without prejudice.  See Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th

6   Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed

7   under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient

8   information to effectuate service).  Accordingly, plaintiff must provide the court with an accurate

9   and current location for defendant R. Mack such that the Marshal is able to effect service.

10         If plaintiff fails to provide the court with an accurate and current location for this

11  defendant within **thirty (30) days** of the date this order is filed, plaintiff's claims against this

12  defendant will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of

13  Civil Procedure.

14         IT IS SO ORDERED.

15  DATED:  _____

       RONALD M. WHYTE
16     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Order Directing Plaintiff to Provide Court with more Information for Defendant R. Mack
P:\PRO-SE\RMW\CR.13\Williams820moreinfo.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES E. WILLIAMS et al,

        Plaintiff,

  v.

MACK ET AL et al,

        Defendant.

Case Number: CV13-04820 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James E. Williams V-54214
D-5-103
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Dated: June 2, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk