1

2

3              <mark>*E-FILED - 8/21/14*</mark>

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

JAMES E. WILLIAMS,                )      No. C 13-4820 RMW (PR)
13                                 )
          Plaintiff,               )      ORDER REQUESTING MORE
14                                 )      INFORMATION FOR DEFENDANT
     v.                            )      R. MACK
15                                 )
R. MACK,                           )
16                                 )
          Defendant.               )
17  _____ )

18        Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

19  U.S.C. § 1983.  The court ordered service of plaintiff's civil rights complaint upon defendant.  A

20  notice of lawsuit and request for waiver of service of summons was mailed to the defendant at

21  Salinas Valley State Prison  ("SVSP').  On March 3, 2014, the documents were returned with a

22  notation that the defendant was no longer at the institution.  (Docket No. 9.)  Accordingly,

23  defendant R. Mack has not been served.

24        In response to the court's order directing plaintiff to provide accurate and current location

25  information at which defendant may be served, plaintiff states that plaintiff "is from the state of

26  Michigan and has no family or friends in [California] whom can assist in the whereabouts of

27  defendant."  (Docket No. 12.)  He further states that defendant R. Mack was an employee at

28  SVSP and requests the court to issue an order directing SVSP to provide "information for any

Order Requesting more Information for Defendant R. Mack
P:\PRO-SE\RMW\CR.13\Williams820moreinfo2.wpd

1  last known addresses." (Id.)

2      In the interest of justice, the court requests that the SVSP Litigation Coordinator

3  determine if defendant R. Mack was a former employee at SVSP, and if so, whether he is still

4  employed with the California Department of Corrections and Rehabilitation ("CDCR"), and to

5  provide the court with a current employment address for the defendant.  If he is a former

6  employee but no longer employed with CDCR, the Litigation Coordinator is requested to

7  provide a forwarding address, or notice that such information is not available.

8                                    **CONCLUSION**

9      1.      The clerk of the court shall forward a copy of this order to the Litigation

10  Coordinator at **Salinas Valley State Prison**.  The clerk shall also mail a courtesy copy of this

11  order to the Attorney General's Office at 455 Golden Gate Avenue, Suite 11000, San Francisco,

12  CA 94102-7004.

13      2.      In the interest of the justice, the Litigation Coordinator at **Salinas Valley State**

14  **Prison** is requested to provide to the court the current employment status for defendant R. Mack,

15  and any available forwarding addresses, or notice that such information is not available, **within**

16  **thirty (30) days** from the date this order is filed.

17      IT IS SO ORDERED.

18  DATED: _____

19                                    RONALD M. WHYTE
                                     United States District Judge

20

21

22

23

24

25

26

27

28

Order Requesting more Information for Defendant R. Mack
P:\PRO-SE\RMW\CR.13\Williams820moreinfo2.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES E. WILLIAMS et al,

              Plaintiff,

  v.

R. MACK, et al.,

              Defendant.

_____/

Case Number: CV13-04820 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James E. Williams V-54214
D-5-103
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Dated: August 21, 2014

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk