**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WILLIAMS, ) | No. C 13-4820 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER DIRECTING CLERK TO |
| ) | SERVE DEFENDANT MACK |
| v. ) | |
| ) | |
| R. MACK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court ordered service of plaintiff's civil rights complaint upon defendant. A notice of lawsuit and request for waiver of service of summons was mailed to the defendant at Salinas Valley State Prison ("SVSP"). On March 3, 2014, the documents were returned with a notation that the defendant was no longer at the institution. (Docket No. 9.) On August 21, 2014, the court requested that the SVSP Litigation Coordinator provide to the court the current employment status for defendant R. Mack, and any available forwarding addresses, or notice that such information is not available. (Docket No. 13.) On August 27, 2014, SVSP Litigation Coordinator K. McKelroy filed a notice with the court indicating that the institution had been "in recent contact with R. Mack" and that the summons and complaint should be resent to the institution. (Docket No. 14.) Given this information, the court directs the clerk of the court to

serve defendant R. Mack.

## CONCLUSION

For the foregoing reasons, the court hereby orders as follows:

1. The clerk of the court shall mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto (docket no. 1), and a copy of this order to **Dr. R. Mack** at **Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960, Attention Litigation Coordinator K. McKelroy.**

The clerk of the court shall also mail a courtesy copy of the complaint and a copy of this order to the California Attorney General's Office. Additionally, the clerk shall mail a copy of this order to plaintiff.

2. Defendant is cautioned that Rule 4 of the Federal Rules of Civil Procedure requires them to cooperate in saving unnecessary costs of service of the summons and complaint. Pursuant to Rule 4, if defendant, after being notified of this action and asked by the court, on behalf of plaintiff, to waive service of the summons, fails to do so, he will be required to bear the cost of such service unless good cause is shown for their failure to sign and return the waiver form. If service is waived, this action will proceed as if defendant had been served on the date that the waiver is filed, except that pursuant to Rule 12(a)(1)(B), defendant will not be required to serve and file an answer before **sixty (60) days** from the date on which the request for waiver was sent. (This allows a longer time to respond than would be required if formal service of summons is necessary.) Defendant is asked to read the statement set forth at the bottom of the waiver form that more completely describes the duties of the parties with regard to waiver of service of the summons. If service is waived after the date provided in the Notice but before defendants have been personally served, the Answer shall be due **sixty (60) days** from the date on which the request for waiver was sent or **twenty (20) days** from the date the waiver form is filed, whichever is later.

3. No later than **sixty (60) days** from the date on which the request for waiver was sent, defendant shall file a motion for summary judgment or other dispositive motion with

1  respect to the cognizable claim in the complaint.  Any motion for summary judgment shall be
2  supported by adequate factual documentation and shall conform in all respects to Rule 56 of the
3  Federal Rules of Civil Procedure.  **Defendant is advised that summary judgment cannot be**
4  **granted, nor qualified immunity found, if material facts are in dispute.  If defendant is of**
5  **the opinion that this case cannot be resolved by summary judgment, he shall so inform the**
6  **court prior to the date the summary judgment motion is due.**
7         4.      Plaintiff's opposition to the dispositive motion shall be filed with the court and
8  served on defendant no later than **twenty-eight (28) days** from the date defendant's motion is
9  filed.  Plaintiff is advised to read Rule 56 of the Federal Rules of Civil Procedure and Celotex
10 Corp. v. Catrett, 477 U.S. 317 (1986) (holding party opposing summary judgment must come
11 forward with evidence showing triable issues of material fact on every essential element of his
12 claim).
13        5.      Defendant shall file a reply brief no later than **fourteen (14) days** after plaintiff's
14 opposition is filed.
15        6.      The motion shall be deemed submitted as of the date the reply brief is due.  No
16 hearing will be held on the motion unless the court so orders at a later date.
17        7.      All communications by the plaintiff with the court must be served on defendant or
18 defendant's counsel, by mailing a true copy of the document to defendant or defendant's
19 counsel.
20        8.      Discovery may be taken in accordance with the Federal Rules of Civil Procedure.
21 No further court order is required before the parties may conduct discovery.
22        9.      It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the court
23 and all parties informed of any change of address and must comply with the court's orders in a
24 timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute
25 pursuant to Federal Rule of Civil Procedure 41(b).
26        IT IS SO ORDERED.
27 DATED: _____                    _____
                                            RONALD M. WHYTE
28                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WILLIAMS et al, <br><br> Plaintiff, <br><br> v. <br><br> R. MACK, et al., <br><br> Defendant. | Case Number: CV13-04820 RMW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James E. Williams V-54214
D-5-103
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: September 24, 2014

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk