IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**R. MACK,**<br><br>Defendants. | C 13-4820 RMW<br><br>**[] ORDER GRANTING<br>MOTION FOR ADDITIONAL TIME<br>TO RESPOND TO THE COMPLAINT<br>(Local Rule 6-3)**<br><br>Judge:   Hon. Ronald M. Whyte<br><br>Action Filed:  October 17, 2013 |

IT IS HEREBY ORDERED that defendant R. Mack's motion for an extension of time to file a dispositive motion and/or answer is GRANTED. Defendant must file and serve his dispositive motion and/or answer no later than **June 1, 2015**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **July 1, 2015**. Defendant must file and serve his reply brief (if any) no later than **July 15, 2015**.

IT IS SO ORDERED.

DATED: _____          _____
                                                                   UNITED STATES DISTRICT JUDGE

1

Order Granting Motion for Additional Time to Respond to the Complaint  (14-01927 SI)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. WILLIAMS et al,

        Plaintiff,

  v.

MACK ET AL et al,

        Defendant.

Case Number: CV13-04820 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Williams V-54214
D-5-103
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Dated: March 20, 2015

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk