IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WILLIAMS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>R. MACK,  )<br>  )<br>    Defendant.  )<br>_____ ) | No. C 13-4820 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br><br><br><br>(Docket No. 28) |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 1, 2015, defendant file a motion for summary judgment. (Docket No. 25.) Plaintiff has filed a motion requesting additional time in which to file an opposition to defendant's motion. (Docket No. 28.) Plaintiff states that he did not receive a copy of defendant's motion until June 16, 2015. In addition he asserts that on June 18, 2015, he made a request to the record's department to replace legal materials that he is missing, and that it will take sixty days to recover the materials. (Id.)

    Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to defendant's motion for summary judgment **no later than sixty (60) days** from the filing date of this order. Defendant shall file a reply **within fourteen (14) days** after plaintiff's opposition is filed.

    This order terminates docket number 28.

Order Granting Motion for Extension of Time to File Opposition
P:\PRO-SE\RMW\CR.13\Williams820eot-opp.wpd

1   IT IS SO ORDERED.

2   DATED: _____

RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File Opposition
P:\PRO-SE\RMW\CR.13\Williams820eot-opp.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. WILLIAMS et al,

         Plaintiff,

  v.

R. MACK,

         Defendant.

Case Number: CV13-04820 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Williams V-54214
D-3-229
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Dated: July 24, 2015

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk